```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

**JERMAINE BURSE**                                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 4:06CV100–TSL–LRA**

**LT. LORETTA BENNETT**                                                **DEFENDANT**

## FINAL JUDGMENT

Upon due consideration of the Complaint and the sworn testimony presented by Plaintiff Jermaine Burse, at the omnibus hearing,

IT IS, HEREBY, ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice, and Final Judgment in favor of all Defendant is hereby entered for the reasons contained in that Memorandum Opinion and Order of this date.

IT IS SO ORDERED, this the 5th day of February, 2008.

                              S/ Linda R. Anderson
                         UNITED STATES MAGISTRATE JUDGE